_____

No. 95-2601
_____

Keith Brown,                        *
                                    *
          Appellant,                *
                                    *
     v.                             *
                                    *  Appeal from the United States
Larry G. Scott; Michael             *  District Court for the
Bowersox; Donald Roper; Fred        *  Eastern District of Missouri.
Johnson; Maggie Pashea; Debbie      *
Hollman; Stephen Jennings;          *     [UNPUBLISHED]
Leland Mills,                       *
                                    *
          Appellees.                *

_____

Submitted:  January 18, 1996

Filed:  January 23, 1996
_____

Before McMILLIAN, WOLLMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.


     Keith Brown El, a Missouri inmate, appeals the district
court's[1] grant of summary judgment to defendants in his 42 U.S.C.
§ 1983 action.  Having carefully reviewed the entire record and the
parties' submissions, we conclude the judgment of the district
court was correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Carol E. Jackson, United States District Judge
for the Eastern District of Missouri.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.